PROB 12C
(6/16)

Report Date: September 8, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2026

SEAN F. MCAVOY, CLERK

ECF No 84

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob Erasmo Tello | Case Number: 0980 1:24CR02084-SAB-1

Address of Offender: [redacted] Yakima, Washington 98908

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 30, 2025

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 14 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 24, 2026) | Prison - 43 days<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: June 17, 2026 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: December 9, 2028 |

---

## PETITIONING THE COURT

To issue a summons.

On December 10, 2025, a probation officer met with Mr. Tello and reviewed the judgement and sentence, which outlined the conditions of his term of supervised release. On June 24, 2026, Mr. Tello participated in a supervised release revocation hearing and was advised of the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Jacob Erasmo Tello is considered to be in violation of his conditions of supervised release by consuming cocaine on or about August 23, 2026.<br><br>On August 25, 2026, Mr. Tello reported to the probation office to provided a drug test. As Mr. Tello was attempting to provide a urinalysis, a probation officer observed Mr. Tello had a fake penis in his pants and was trying to provide a sample utilizing urine that did not belong to him. Mr. Tello was confronted about the fake penis and he initial denied having a device; however, he eventually admitted to attempting to falsify the drug test. |

After Mr. Tello was caught with the device he admitted to consuming cocaine on Sunday, August 23, 2026.

2 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence** Jacob Erasmo Tello is considered to be in violation of his conditions of supervised release by consuming alcohol on or about August 23, 2026.

On August 25, 2026, Mr. Tello reported to the probation office and admitted to consuming alcohol on Sunday, August 23, 2026.

3 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Jacob Erasmo Tello is considered to be in violation of his term of supervised release by failing to report to the probation office as instructed on August 26, 2026.

On August 25, 2026, Mr. Tello was directed to report to the probation office on August 26, 2026, by 4:30 p.m. for extra support and accountability, due to his recent relapse. Mr. Tello failed to report to the probation office as instructed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 8, 2026

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

9/8/2026
Date